IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARC CLARKE,

    Plaintiff,

v.

    Case No. 24-cv-511-NJR

LEANNA WILLIAMS,

    Defendants.

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

On February 16, 2024, Plaintiff Marc Clarke submitted a letter explaining his experiences while at Vandalia Correctional Center (Doc. 1) to the United States District Court for the Central District of Illinois. The letter was filed as a Complaint, and on February 22, 2024, it was transferred to this district court. Clarke submitted his filing without the payment of a filing fee or the filing of a Motion for Leave to Proceed Without Prepaying Fees or Costs ("IFP Motion"). Upon receipt of the case, the Court ordered Clarke to pay the filing fee of $405.00 or to file an IFP Motion within 30 days. He was warned that failure to do so would result in dismissal of the case (Doc. 5). He was also instructed to fill out and return a Notice and Consent to Proceed Before a Magistrate Judge form, indicating whether or not he consented to the jurisdiction of the magistrate judge (Doc. 4). Clarke failed to pay his filing fee or file an IFP Motion. He also failed to return the consent to magistrate judge form.

Instead, the only filing received from Clarke was a motion to amend complaint (Doc. 6). This motion was not a formal amended pleading, but instead a letter addressed to the Court identifying all of the defendants to be added to his Complaint (Doc. 6). His motion neither addressed his filing fee nor requested additional time to do so.

On March 15, 2024, the Court entered another Order directing Clarke to submit his consent to magistrate judge form (Doc. 7). He was given seven days to respond and warned that he could face possible sanctions if he failed to respond. Clarke failed to respond.

On April 2, 2024, the Court entered a Show Cause Order (Doc. 8) directing Clarke to show cause as to why sanctions should not be entered for his failure to return the consent to magistrate judge form. The deadline to respond to that Order was April 16, 2024 (*Id.*). On April 4, 2024, the Court directed Clarke to pay the filing fee or face dismissal of his claims (Doc. 9). The deadline for paying the filing fee was April 18, 2024. All of the Court's Orders were sent to Clarke's current address and were not returned. Thus, the Court presumes that Clarke received the Orders. Despite receipt of the Court's numerous Orders directing Clarke to respond or take action, Clarke has neither paid the filing fee nor submitted his consent to magistrate judge form. Nor has he requested additional time to comply.

Accordingly, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

Clarke's obligation to pay the $405.00 filing fee was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Therefore, **the agency having custody of Clarke is DIRECTED** to remit the $405.00 filing fee from his prison trust fund account if such funds are available. If he does not have $405.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Clarke's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $405.00 is paid in its entirety.

The agency having custody of Clarke shall forward payments from his account to the Clerk of Court each time his account exceeds $10.00 until the $405.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Vandalia Correctional Center *upon entry of this Order*.

**IT IS SO ORDERED.**

DATED:  April 30, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**